**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Gerald G Smith                                     CASE NO.: 16–22029–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 13
xxx–xx–1439

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 1, 2020

                                                          Sean H. Lane, Bankruptcy Judge